IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sillers, Chiquita M

Printed: 2/5/08

Case Number: 07 B 01176
Judge: Hollis, Pamela S

Filed: 1/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 4, 2007
Confirmed: April 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,972.96 |  |
| Secured: |  | 511.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,714.00 |
| Trustee Fee: |  | 184.15 |
| Other Funds: |  | 3,563.08 |
| Totals: | 6,972.96 | 6,972.96 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,714.00 | 2,714.00 |
| 2. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 3. | Key Bank USA National Association | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 5. | Key Bank USA National Association | Secured | 0.00 | 0.00 |
| 6. | World Financial Network Nat'l | Secured | 511.73 | 511.73 |
| 7. | ECast Settlement Corp | Unsecured | 974.59 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 9,646.12 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 2,517.98 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 5,043.79 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 753.99 | 0.00 |
| 12. | Emergency Medical Service | Unsecured | 613.69 | 0.00 |
| 13. | Radio Shack | Unsecured |  | No Claim Filed |
| 14. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | Oaklawn Radiologist | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 22,775.89 | $ 3,225.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 184.15 |
|  | _____ |
|  | $ 184.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sillers, Chiquita M | Case Number:  07 B 01176 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/5/08 | Filed:  1/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

